720 A.2d 339

RANCHLANDS, INC., BERKELEY HOLDING, INC., AND PINE-LANDS RECYCLING, INC., NEW JERSEY CORPORATIONS, PLAINTIFFS–APPELLANTS, v. TOWNSHIP OF STAFFORD, STAFFORD TOWNSHIP PLANNING BOARD AND THE INDUS-TRIAL COMMISSION OF THE TOWNSHIP OF STAFFORD, DE-FENDANTS–RESPONDENTS.

Argued October 27, 1998—Decided December 2, 1998.

*Paul H. Schneider,* argued the cause for appellants (*Giordano, Halleran & Ciesla,* attorneys; *Michael J. Gross,* of counsel).

*Thomas E. Monahan,* argued the cause for respondents Township of Stafford and Industrial Commission of the Township of Stafford (*Gilmore & Monahan,* attorneys; *Jean K. Cipriani,* on the brief).

*Bradley W. Henson, Sr.,* argued the cause for respondent Stafford Township Planning Board.

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge D'Annunzio's opinion of the Appellate Division, reported at 305 *N.J.Super.* 528, 702 *A.*2d 1325 (1997).

*For affirmance*—Chief Justice PORITZ and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN, and COLEMAN—7.

*Opposed*—None.